UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robin Magee,                                                        CIVIL 11-00949 (PAM/AJB)

                Plaintiff,

v.

Trustees of the Hamline University,
Minnesota, et al

                Defendants.

-------------------------------------------------------------------------------------

## ORDER OF RECUSAL AND DIRECTION TO THE
## CLERK OF COURT FOR REASSIGNMENT OF CASE

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter due to prior conduct of Plaintiff's counsel, the Court cannot be objective in this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order filed December 19, 2008, the above captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Civil Rights list for the undersigned.

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in the above captioned case.

DATED: April 21, 2011

                                                          *s/Paul A. Magnuson*
                                                          Paul A. Magnuson, Judge
                                                          United States District Court